Case closed 1/26/04.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HUDSON REALTY CAPITAL LLC,
    Plaintiff

v.

25 WIGGINS AVENUE LLC and
DR. LAXMAN DESAI,
    Defendants

Case No. 03 Civ. 8388 (WHP)

04 10243 MEL

U.S. DISTRICT COURT FILED JAN 26 2004 S.D. OF N.Y.

MAGISTRATE JUDGE Alexander

## STIPULATION FOR ENTRY OF ORDER

The parties to the above-entitled civil action stipulate that the court shall make the following order on defendant's motion to dismiss, or alternatively, to transfer venue.

1. This case shall be transferred forthwith to the Eastern District of Massachusetts, and shall be tried or otherwise disposed of in that court as if originally commenced there. Plaintiff shall bear and pay any court costs associated with this transfer of venue.

2. All discovery deadlines established by this court shall be stayed pending transfer to the Eastern District of Massachusetts, where a revised Scheduling Order will be entered in accordance with the Federal Rules of Civil Procedure ("FRCP") and the Local Rules of that court. Notwithstanding such stay, all pending discovery shall be answered when due, and the parties may engage in additional discovery consistent with the FRCP and Local Rules.

3. Defendant Desai will not oppose plaintiff's timely motion for admission pro hac vice to the Eastern District of Massachusetts pursuant to the Local Rules of that court.

_____
Plaintiff
Daniel R. Milstein, Esq.
Solomon and Weinberg LLP
685 Third Avenue
30th Floor
New York NY 10017
212-605-1000

_____
Defendant
Robert G. Cohen Esq.
188 Oaks Road
Framingham MA 01702
508-875-0035
Admitted pro hac vice

The Clerk of Court is directed to close this case.

SO ORDERED: 1/22/04.

_____
WILLIAM H. PAULEY III U.S.D.J.

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

MICROFILM JAN 27 2004 — 9:00 AM

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:03-cv-08388-WHP
Internal Use Only

04 10243 MEL

Hudson Realty v. 25 Wiggins Avenue, et al
Assigned to: Judge William H. Pauley III
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1441 Notice of Removal

Date Filed: 10/23/03
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Hudson Realty Capital, L.L.C**    represented by   **Daniel Ross Milstein**
Solomon and Weinberg, L.L.P.
685 Third Avenue
30th Floor
New York, NY 10017
(212) 605-1000
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**25 Wiggins Avenue, L.L.C**

**Laxman Desai**    represented by   **David J. Lansner**
Lansner & Kubitschek
325 Broadway
Suite 201
New York, NY 10007
(212) 349-0900
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/23/2003 | 1 | NOTICE OF REMOVAL from Supreme State Court, County of New |

| | | | |
|---|---|---|---|
| | | | York. State Court Case # 116597-03. FILING FEE $ 150.00 RECEIPT # 489548. (gmo) (Entered: 10/27/2003) |
| 10/28/2003 | | 2 | ANSWER to Complaint by Laxman Desai (Attorney David J. Lansner from the Firm: Lansner & Kubitschek) . (moc) (Entered: 10/30/2003) |
| 11/04/2003 | | 3 | ORDER RE INITIAL PRETRIAL CONFERENCE: a pretrial conference will be held for 12:30 p.m. on 11/21/03 , in courtroom 11D, 500 Pearl Street, New York, New York... ( signed by Judge William H. Pauley III ) Copies mailed by Chambers. (yv) (Entered: 11/06/2003) |
| 11/25/2003 | 🌐 | 4 | ORDER FOR INITIAL PRETRIAL CONFERENCE Discovery due by 2/20/2004. Motions due by 12/12/2003. Pretrial Order due by 3/19/2004. Replies due by 1/13/2004. Responses due by 1/6/2004 Final Pretrial Conference set for 4/2/2004 10:30 AM before Judge William H. Pauley. (Signed by Judge William H. Pauley on 11/21/03) "Copies mailed by Chambers".(jco, ) (Entered: 12/01/2003) |
| 12/16/2003 | 🌐 | 5 | MOTION for Robert G. Cohen to Appear Pro Hac Vice. Document filed by Laxman Desai. (cd, ) (Entered: 01/02/2004) |
| 12/16/2003 | 🌐 | 6 | MOTION to Dismiss for Lack of Jurisdiction., MOTION to Transfer Case tot he District of Mass.. Document filed by Laxman Desai. Return Date set for 11/30/2004 11:00 AM before Judge William H. Pauley III. (cd, ) (Entered: 01/02/2004) |
| 12/16/2003 | 🌐 | 7 | MEMORANDUM OF LAW in Support re: [6] MOTION to Dismiss for Lack of Jurisdiction. MOTION to Transfer Case.. Document filed by Laxman Desai. (cd, ) (Entered: 01/02/2004) |
| 01/21/2004 | 🌐 | 8 | ORDER granting [5] Motion for Robert G. Cohen to Appear Pro Hac Vice for the purposes of this action.(Signed by Judge William H. Pauley III on 1/16/2004) (kkc, ) (Entered: 01/29/2004) |
| 01/26/2004 | 🌐 | 9 | STIPULATION AND ORDER that this case shall be transferred forthwith to the Eastern District of Massachusetts and shall be tried or otherwise disposed of in that court as if originally commenced there. Plaintiff shall bear and pay any court costs associated with this transfer of venue; all discovery deadline established by this court shall be stayed pending transfer to the Eastern District of Massachusetts where a revised scheduling order will be entered in accordance with the FRCP and the Local Rules of that court; notwithstanding such stay all pending discovery shall be asnwered when due and the parties may engage in additional discovery consistent with the FRCP and Local Rules; dft Desai will not oppose plaintiff's timely motion for admission pro hac vice to the Eastern District of Massachusetts pursuant to the Local Rules of that court. The Clerk of Court is |

| | | |
|---|---|---|
| | | directed to close this case. (Signed by Judge William H. Pauley III on 1/22/04) (dle, ) (Entered: 02/03/2004) |
| 01/26/2004 | ● | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Eastern District of Massachusetts. Sent original file along with certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 826740422776 on 2/3/04. (dle, ) (Entered: 02/03/2004) |
| 01/29/2004 | ● | Transmission to Attorney Admissions Clerk. Transmitted re: [8] Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (kkc, ) (Entered: 01/29/2004) |

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

EDMA

# United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date: 2/3/04

RE: Hudson Realty-V-25 Wiggins
DOCKET NO. 03 CV 8388 (WHP)

Dear Sir/Madam,

   Pursuant to an Order of this Court, the above entitled action is transferred to your District. The papers enclosed herewith constitute the entire file in this action. A certified copy of the Order of Transfer is included in lieu of the original which is retained in our files.

   The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

Yours truly,
J. Michael McMahon,

by: _____
Deputy Clerk

Federal Express # 826740422776

---

**RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

**04 10243 MEL** _____ ON DATE: _____

CASE TRANSFERRED OUT FORM