UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
HUDSON REALTY CAPITAL, LLC,                   :
                                              :
              Plaintiff,                      :
                                              :   C.A. No.: 1:04-cv-10243 (MEL)
        - v -                                 :
                                              :
25 WIGGINS AVENUE LLC and DR. LAXMAN          :
DESAI,                                        :
                                              :
              Defendants.                     :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of the Above-named Court:

Please take notice of the appearance of Scott A. Birnbaum, Robert N. Feldman, and Melissa M. Longo of the firm Birnbaum & Associates, P.C. as local counsel for Plaintiff Hudson Realty Capital, LLC.

                                    HUDSON REALTY CAPITAL, LLC

                                    By its attorneys,


                                    /s/ Scott A. Birnbaum
                                    Scott A. Birnbaum (BBO # 543834)
                                    Robert N. Feldman (BBO# 630734)
                                    Melissa M. Longo (BBO# 647649)
                                    BIRNBAUM & ASSOCIATES, P.C.
                                    268 Summer Street
                                    Boston, MA 02210-1108
                                    (617) 542-3100

Dated: March 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing document by First Class Mail upon all counsel of record on March 5, 2004.

                                    /s/ Scott A. Birnbaum