UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
HUDSON REALTY CAPITAL, LLC,            :
                                       :
             Plaintiff,            :
                                       :   C.A. No.: 1:04-cv-10243 (MEL)
      - v -                            :
                                       :
25 WIGGINS AVENUE LLC and DR. LAXMAN   :
DESAI,                                 :
                                       :
             Defendants.          :
---------------------------------------------------------------------x

## MOTION OF HUDSON REALTY CAPITAL, LLC
## FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

      Pursuant to Local Rule 83.5.3, the undersigned, a member in good standing of this Court, respectfully prays for the admission *pro hac vice* of Attorneys Cory Mitchell Gray and Daniel R. Milstein, of the law firm of Solomon and Weinberg LLP, to act as counsel for Plaintiff Hudson Realty Capital, LLC.  Attorneys Gray and Milstein have executed Certificates in accordance with Local Rule 83.5.3, which are submitted herewith.

      The required admission fees are being filed separately.  *See* Electronic Filing Administrative Procedure "F."

Dated:   March 5, 2004

          Respectfully submitted,

          HUDSON REALTY CAPITAL, LLC

          By its attorneys,

          /s/ Scott A. Birnbaum
          Scott A. Birnbaum (BBO # 543834)
          Robert N. Feldman (BBO# 630734)
          Melissa M. Longo (BBO# 647649)
          BIRNBAUM & ASSOCIATES, P.C.
          268 Summer Street
          Boston, MA 02210-1108
          (617) 542-3100

Dated:  March 5, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that I caused to be served the foregoing document by First Class Mail upon all counsel of record on March 5, 2004.

          /s/ Scott A. Birnbaum
          Scott A. Birnbaum