UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
HUDSON REALTY CAPITAL, LLC,                    :
                                                :
                Plaintiff,              :
                                                :   C.A. No.: 1:04-cv-10243 (MEL)
      - v -                                     :
                                                :
25 WIGGINS AVENUE LLC and DR. LAXMAN  :
DESAI,                                          :
                                                :
                Defendants.             :
---------------------------------------------------------------------x

### CERTIFICATE OF CORY MITCHELL GRAY IN SUPPORT OF REQUEST FOR ADMISSION PRO HAC VICE

Cory Mitchell Gray, hereby certifies as follows:

1.   I am a member of the law firm of Solomon and Weinberg LLP, attorneys for plaintiff Hudson Realty Capital, LLC in the above-captioned matter. As such, I am familiar with the facts of this action and the matters set forth herein.

2.   I submit this certificate in support of my application to be admitted, pursuant to Local Rule 83.5.3, as counsel *pro hac vice* in this matter.

3.   Pursuant to Local Rule 83.5.3, I certify the following:

    A.   I was admitted to the Bar of the state of New York in 1988 and to the Bar of the state of New Jersey in 1992 and am currently a member in good standing in every jurisdiction where I have been admitted to practice.

    B.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

      C.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.     I respectfully request that this Court admit me to practice *pro hac vice* for the purpose of appearing for and representing Plaintiff Hudson Realty Capital, LLC in this action.

5.     The required fee is being submitted with this Motion.

Signed under the pains and penalties of perjury.

Dated:    March 4, 2004

                                    Respectfully submitted,

                                    /s/ Cory Mitchell Gray_____
                                  Cory Mitchell Gray, Esq.
                                  Solomon and Weinberg LLP
                                  Two University Plaza
                                  Hackensack, New Jersey 07601
                                  Phone:  201-487-6800
                                  Fax:    201-487-6633
                                  Email: cgray@solwein.com