UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

HUDSON REALTY CAPITAL, LLC,

        Plaintiff,

   - v -

25 WIGGINS AVENUE LLC and DR. LAXMAN DESAI,

        Defendants.

C.A. No.: 1:04-cv-10243 (MEL)

---

### CERTIFICATE OF DANIEL R. MILSTEIN IN SUPPORT OF REQUEST FOR ADMISSION PRO HAC VICE

Daniel R. Milstein, hereby certifies as follows:

1. I am an associate with the law firm of Solomon and Weinberg LLP, attorneys for plaintiff Hudson Realty Capital, LLC in the above-captioned matter. As such, I am familiar with the facts of this action and the matters set forth herein.

2. I submit this certificate in support of my application to be admitted, pursuant to Local Rule 83.5.3, as counsel *pro hac vice* in this matter.

3. Pursuant to Local Rule 83.5.3, I certify the following:

    A.    I was admitted to the Bar of the state of New York in 1993 and to the Bar of the state of New Jersey in November 2003 and am currently a member in good standing in every jurisdiction where I have been admitted to practice.

    B.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

      C.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    I respectfully request that this Court admit me to practice *pro hac vice* for the purpose of appearing for and representing Plaintiff Hudson Realty Capital, LLC in this action.

5.    The required fee is being submitted with this Motion.

Signed under the pains and penalties of perjury.

Dated:    March 4, 2004

                                Respectfully submitted,

                                /s/ Daniel R. Milstein
                              Daniel R. Milstein, Esq.
                              Solomon and Weinberg LLP
                              685 Third Avenue, 30th floor
                              New York, New York 10017
                              Phone:  212-605-1000
                              Fax:    212-605-1001
                              Email: dmilstein@solwein.com