UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil No. 1:04-CV-10243 MEL

Hudson Realty Capital LLC
Plaintiff

NOTICE OF APPEARANCE

Laxman S. Desai
Defendant

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for ............... Laxman S. Desai ...............

in the above-named case.

Dated... March 10, 2004 ..........

Signed [signature]

Robert G. Cohen
Attorney at Law
188 Oaks Road
Framingham, MA 01702

Atty. for Plf - Def

Address

Tel. No. ............... 508-875-0035 ...............
BBO No. ............... 090340 ...............

Don Mac