## ROBERT GERALD COHEN
### Attorney at Law

| | |
|---|---|
| 188 Oaks Road<br>Framingham, MA  01702 | Telephone: (508) 875-0035<br>Facsimile:   (508) 875-0558<br>Email:  RGCesq@aol.com |

March 10, 2004

Office of Civil Clerk
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Hudson Realty Capital LLC
v.    25 Wiggins Avenue LLC and Dr. Laxman Desai
No.   1:04-CV-10243 (MEL)

Dear Sir/Madam:

I represent defendant in this case. I am wiring to advise the court of my assent to the allowance of the pending motions for admission *pro hac vice*.

An early Rule 16 conference would be appreciated.

Very truly yours,

Robert G. Cohen

RGC/pjm

cc:   Scott A. Birnbaum, Esq.
      268 Summer Street
      Boston, MA 02210

cc:   Laxman S. Desai