UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:04-CV
10243 MEL

HUDSON REALTY CAPITAL LLC, Plaintiff }
}
v. }
}
LAXMAN S. DESAI, Defendant }

## MOTION TO CONTINUE
## SCHEDULING CONFERENCE

Defendant moves the court for an order continuing the Scheduling Conference from April 5, 2004 to April 26, 2004. As grounds, defendant's counsel is expected to be on trial in the case of *Infinity Capital LLC v. Galal Ibrahim* on April 5-6, 2004 in the Wrentham District Court, Jury Session.

Plaintiff assents to the allowance of this motion

Defendant
By his attorney

_____
Robert G. Cohen BBO # 090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

March 18, 2004

Assented to:

_____
Scott A. Birnbaum, Esq.  by RGC with permission.