# LANSNER & KUBITSCHEK
ATTORNEYS AT LAW
325 BROADWAY - SUITE 201
NEW YORK, NEW YORK 10007
www.lansnerkubitschek.com
(212) 349-0900
FAX (212) 349-0694

CAROLYN A. KUBITSCHEK
DAVID J. LANSNER

CHRISTOPHER S. WEDDLE
BRETT S. WARD
MAUREEN B. MCCLOSKEY
JOY K. MELE

JILL M. ZUCCARDY
BARBARA J. SCHAFFER
OF COUNSEL

BARBARA WINTER, C.S.W.
SOCIAL WORKER

EULA K. TAYLOR
MARY ANNE MENDENHALL
BEENA AHMAD
STACY E. CHARLAND
LEGAL ASSISTANTS

March 26, 2004

George H. Howarth
Deputy Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Hudson Realty Capital, LLC v. 225 Wiggins Ave., LLC, et al
Civil Action No.: 04-10243-MEL

Dear Mr. Howarth:

I am in receipt of your Notice of Scheduling Conference on the above-referenced matter. We were counsel of record for the defendants in this case when the action was being prosecuted in the Southern District of New York. Since the case has been transferred to Massachusetts, Robert G. Cohen, Esq. has taken over representation of the defendants. Mr. Cohen has informed me that he has filed a notice of appearance and he is aware of the scheduling conference currently scheduled for April 5, 2004. My office respectfully withdraws as counsel for defendants and no longer requires notification of upcoming appearances.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

David J. Lansner

DJL:bsw
cc:   Scott A. Birnbaum, Esq.
      Birnbaum & Associates, P.C.
      268 Summer Street
      Boston, MA 02210-1108

      Robert Cohen, Esq.