UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
HUDSON REALTY CAPITAL, LLC,                :
                                           :
              Plaintiff,                  :
                                           :   C.A. No.: 1:04-cv-10243 (MEL)
       - v -                              :
                                           :
25 WIGGINS AVENUE LLC and DR. LAXMAN       :
DESAI,                                     :
                                           :
              Defendants.                 :
---------------------------------------------------------------------x

**JOINT DISCOVERY REPORT AND PLAN**

     Pursuant to Local Rule 16.1 and the Notice of Scheduling Conference, the parties, by their respective counsel, submits their Joint Statement.

**I.  Proposed Pretrial Schedule**

     The parties do not believe that phased discovery is appropriate in this case.

     Discovery should be limited to a maximum of 30 interrogatories by each party and 5 one-day depositions.

     The parties' jointly propose the following pre-trial schedule is as follows:

| Event | Date |
|---|---|
| Initial Discovery Served by Both Parties | May 28, 2004 |
| All party and non-party fact discovery completed | August 31, 2004 |
| Summary Judgment Motions filed | September 30, 2004 |
| Oppositions to Summary Judgment filed | October 15, 2004 |
| Joint Pretrial Memo Due | December 1, 2004 |
| Ready for Trial | January 31, 2005 |

## II.  Other Agenda Items

Defendants have refused to produce certain discovery material based on the assertion that the material is subject to contractual confidentiality obligations to a third party.

## III.  Trial By Magistrate Judge

The parties do not consent to trial by magistrate judge.

Respectfully submitted,

| *Plaintiff* | *Defendants* |
|---|---|
| HUDSON REALTY CAPITAL, LLC | DR. LAXMAN DESAI |
| By its attorneys, | By his attorney, |
| /s/ Scott A. Birnbaum | /s/ Robert G. Cohen (by SAB w/ permission) |
| Scott A. Birnbaum (BBO # 543834) | Robert G. Cohen (BBO# 090340) |
| Robert N. Feldman (BBO# 630734) | 188 Oaks Road |
| Melissa M. Longo (BBO# 647649) | Framingham, MA  01702 |
| BIRNBAUM & ASSOCIATES, P.C. | (508) 875-0035 |
| 268 Summer Street | |
| Boston, MA 02210-1108 | |
| (617) 542-3100 | |

Dated:  April 16, 2004