**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-----------------------------------------------------------------------x

HUDSON REALTY CAPITAL, LLC,                          :
                                                     :
                              Plaintiff,             :
                                                     :    C.A. No.: 1:04-cv-10243 (MEL)
            - v -                                    :
                                                     :
25 WIGGINS AVENUE LLC and DR. LAXMAN                 :
DESAI,                                               :
                                                     :
                              Defendants.            :
-----------------------------------------------------------------------x

## LOCAL RULE 16.1 CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), Plaintiff Hudson Realty Capital, LLC, and its pro hac

vice counsel, Solomon and Weinberg LLP, hereby certify that they have conferred with a view to

establishing a budget for the costs of conducting the full course—and various alternative courses—

of the litigation; and to consider the resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in Local Rule 16.4.

SOLOMON AND WEINBERG LLP                 HUDSON REALTY CAPITAL, LLC.

By:                                      By:

/s/ Cory Gray (by SAB, with permission)  /s/ Sanford Herrick (by SAB, with permission)
Cory Mitchell Gray (pro hac vice)        Sanford Herrick, an officer
Daniel R. Milstein (pro hac vice)
685 Third Avenue
30th Floor
New York NY 10017

Respectfully submitted by:

HUDSON REALTY CAPITAL, LLC

By its attorneys,


/s/ Scott A. Birnbaum_____
Scott A. Birnbaum (BBO # 543834)
Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

Dated:  April 20, 2004


## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing document by First Class Mail upon all counsel of record on April 20, 2004.


/s/ Scott A. Birnbaum_____
Scott A. Birnbaum