UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON REALTY CAPITAL LLC }<br>Plaintiff }<br>}<br>v. }<br>}<br>25 WIGGINS AVENUE LLC and }<br>DR. LAXMAN DESAI }<br>Defendant }<br>} | Case No. 1:04-CV-10243 (MEL) |

## LOCAL RULE 16.1 CERTIFICATE

Pursuant to Local Rule 16.1 (d)(3), defendant Dr. Laxman Desai and his counsel hereby certify that they have conferred to establish a budget for the costs of the litigation and/or alternatives thereto; and to consider the resolution of this litigation through alternative dispute resolution such as those outlined in Local Rule 16.4

_____
Robert G. Cohen, Esq.

_____
Laxman Desai
By Robert G. Cohen w/permission

Respectfully submitted
Defendant Laxman Desai
By his attorney

_____
Robert G. Cohen BBO # 090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: April 23, 2004