UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
HUDSON REALTY CAPITAL, LLC,

        Plaintiff,

    - v -

25 WIGGINS AVENUE LLC and DR. LAXMAN DESAI,

        Defendants.
------------------------------------------------------------x

C.A. No.: 1:04-cv-10243 (MEL)

## STIPULATION

**WHEREAS**, plaintiff Hudson Realty Capital, LLC ("HRC") has propounded a request for the production of documents including, inter alia, "documents concerning actual or potential financing in connection with Defendant's acquisition of an interest (whether ownership or leasehold) in the Property [i.e. 25 Wiggins Avenue], including without limitation, all applications for financing submitted by Defendant, all responses to such applications, and all communications relating to such financing"; and

**WHEREAS**, Defendant Dr. Laxman Desai has objected to the production of certain documents regarding a potential acquisition loan to be made to Defendant on the grounds that such documents are, by agreement with the potential lender, confidential and should not be disclosed other than by appropriate legal process; and

**WHEREAS**, the parties' counsel have discussed this matter at an initial scheduling conference on April 26, 2004; and seek to avoid the expense and delay attendant to litigation of this discovery dispute.

**NOW THEREFORE**, it is hereby stipulated by the parties and their counsel that:

1. Defendant shall deliver to HRC's counsel all documents in Defendants' possession or control responsive to the above-quoted demand, including the documents to be deemed confidential, forthwith upon notice that the court has approved this stipulation;

2. Any documents to be treated as confidential shall be appropriately identified as such by Defendants ("Confidential Documents"); and

3. HRC shall not disclose Confidential Documents to anyone other than its officers, directors, employees, counsel and, if necessary, retained experts, and even then disclosure shall be solely for purposes of this litigation.

Respectfully submitted,

*Plaintiff*
HUDSON REALTY CAPITAL, LLC

By its attorneys,

/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO # 543834)
Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

*Defendant*
DR. LAXMAN DESAI

By his attorney,

/s/ Robert G. Cohen (by SAB w/ permission)
Robert G. Cohen (BBO# 090340)
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: May 3, 2004

SO ORDERED: _____
USDJ
05/12/04

2