UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
HUDSON REALTY CAPITAL LLC,                  :    Case No. 1:04-CV-10243 (MEL)
                                            :
                        Plaintiff,          :
                                            :
         -against-                          :
                                            :
25 WIGGINS AVENUE LLC and                   :
DR. LAXMAN DESAI,                           :
                                            :
                        Defendants.         :
-----------------------------------------------------------X

## PLAINTIFF HUDSON REALTY CAPITAL LLC'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff Hudson Realty Capital LLC ("Plaintiff"), by its attorneys, Birnbaum & Associates, P.C., and Solomon and Weinberg LLP (*pro hac vice*), move, pursuant to Fed. R. Civ. P. 56(a), for summary judgment against defendant Dr. Laxman Desai. In support of this motion, Plaintiff relies on the Affidavit of Perry Freitas, its Statement of Uncontested Issues, and its Memorandum of Law, all which are submitted herewith.

WHEREFORE, Plaintiff respectfully prays that it be granted summary judgment as follows:

1. Awarding Plaintiff a break-up fee in the amount of $100,000;

2. Awarding Plaintiff prejudgment interest, as provided for by law; and

3. Awarding Plaintiff its reasonable attorneys' fees and costs, as provided for in the parties' Letter Agreement, in an amount to be determined by the Court following submissions within 14 days of the Court's Order, of a Verified Request for Attorneys' Fees and Costs; and

4.    Granting such other and further relief as the Court deems just and proper.

Dated:    July 15, 2004

Respectfully submitted,

HUDSON REALTY CAPITAL, LLC

By its attorneys,

_____
Scott A. Birnbaum (BBO # 543834)
Melissa M. Longo (BBO# 647649)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

Daniel R. Milstein (*pro hac vice*)
SOLOMON AND WEINBERG LLP
685 Third Avenue, 30th Floor
New York, New York 10017
(212) 605-1000

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that on July 15, 2004 at about 12:45 PM, I conferred telephonically with Robert Gerald Cohen, attorney for Defendant Dr. Laxman Desai, regarding the foregoing motion. Counsel were unsuccessful in resolving or narrowing the issues raised by the foregoing motion.

_____
Scott A. Birnbaum

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing document by First Class Mail upon all counsel of record on July 15, 2004.

_____
Scott A. Birnbaum