UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:04-CV 10243 MEL

HUDSON REALTY CAPITAL LLC, Plaintiff

v.

25 WIGGINS AVENUE LLC and
LAXMAN S. DESAI, Defendants

## STIPULATION TO EXTEND TIME TO
## RESPOND TO SUMMARY JUDGMENT MOTION

The time within which defendant Laxman Desai shall serve and file his response to plaintiff's summary judgment motion is extended up to and including August 19, 2004.

_Scott A. Birnbaum by RGC with permission_  
Plaintiff
By its attorney
Scott A. Birnbaum, Esq. BBO #543834
268 Summer Street
Boston, MA 02210

_[signature]_  
Defendant
By his attorney
Robert G. Cohen BBO # 090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: July 30, 2004