UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:04-CV10243 MEL

HUDSON REALTY CAPITAL LLC, Plaintiff  }
                                       }
vi.                                    }
                                       }
25 WIGGINS AVENUE LLC and              }
LAXMAN S. DESAI, Defendants            }
                                       }

### DEFENDANT'S OPPOSITION TO PLAINTIFF HUDSON REALTY CAPITAL LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant * opposes plaintiff's motion for summary judgment and demands it be denied.

Defendant
By his attorney

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: August  10 , 2004

---

* The sole defendant in this case is Laxman Desai. The LLC entity named as a defendant has not had a legal existence anywhere or at anytime.

## **CERTIFICATE OF SERVICE**

I certify that I have served the following documents on opposing counsel by first-class U.S. Mail, this date:

1. Affidavit of Laxman S. Desai.

2. Statement of Disputed Material Facts.

3. Memorandum in Opposition to Motion for Summary Judgment.

4. Opposition to Motion for Summary Judgment.

Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated:    August *10* , 2004.