UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
HUDSON REALTY CAPITAL, LLC,                    :
                                               :
              Plaintiff,                       :
                                               :    C.A. No.: 1:04-cv-10243 (MEL)
      - v -                                    :
                                               :
DR. LAXMAN DESAI,                              :
                                               :
              Defendant.                       :
                                               :
-----------------------------------------------------------------x
```

## JOINT MOTION TO CONTINUE HEARING ON SUMMARY JUDGMENT MOTION

Plaintiff Hudson Realty Capital, LLC ("HRC") and Defendant Dr. Laxman Desai, by their respective counsel, hereby stipulate and jointly move for a continuance of the hearing on HRC's Motion for Summary Judgment, which is currently scheduled for September 30, 2004, to 2:15 p.m. on Monday, October 18, 2004.

In support of this motion, the parties state that the parties wish to pursue discussions regarding a possible resolution of this dispute.

| | |
|---|---|
| *Plaintiff* | *Defendant* |
| HUDSON REALTY CAPITAL, LLC | DR. LAXMAN DESAI |
| By its attorneys, | By his attorney, |
| /s/ Scott A. Birnbaum | /s/ Robert G. Cohen (by SAB w/ permission) |
| Scott A. Birnbaum (BBO # 543834) | Robert G. Cohen (BBO# 090340) |
| Melissa M. Longo (BBO# 647649) | 188 Oak Avenue |
| BIRNBAUM & ASSOCIATES, P.C. | Framingham, MA 01702 |
| 268 Summer Street | (508) 875-0035 |
| Boston, MA 02210-1108 | |
| (617) 542-3100 | |

Dated: September 29, 2004

## **CERTIFICATE OF SERVICE**

    I hereby certify that I caused to be served a true and correct copy of the foregoing document by U.S. mail, postage prepaid, to all counsel of record on this 29th day of September, 2004.

                                            /s/ Scott A. Birnbaum_____
                                            Scott A. Birnbaum