**E N D O R S E M E N T**

HUDSON REALTY CAPITAL, LLC v. 25 WIGGINS AVENUE LLC and DR. LAXMAN DESAI
04-CV-10243-MEL

LASKER, D.J.

      Hudson Realty Capital, LLC ("HRC") moves for summary judgment on its breach of contract action against 25 Wiggins Ave, LLC and Dr. Laxman Desai ("Desai"), in connection with a proposed mortgage loan.

      The principal dispute in this action arises from the parties' differing interpretations of the terms of a proposed mortgage loan agreement ("Letter Agreement").  Ordinarily, interpretation of a document raises questions of law for a court.  Coll v. PB Diagnostic Sys., 50 F.3d 1115, 1122 (1st Cir. 1995).  However, if a contract is ambiguous, then there is an issue of fact for the jury.  Id.

      When reading concurrently the terms of the two clauses at issue, it is clear that these two provisions are inconsistent with one another.  Specifically, an ambiguity is created as to whether the obligations under the Break-Up Fee clause are subject to the six month time frame as recited in that clause, or whether the obligations were annulled by the July 31, 2003 expiration date expressed in the Closing, Time of the Essence clause.

      Given the ambiguity within the Letter Agreement - which is attributable to the drafter, HRC, - and the vagueness of the parties' intentions, it cannot be held as a matter of law that HRC is entitled to the break-up fee and related expenses as provided under the Letter Agreement.

      Accordingly, Plaintiff's motion for summary judgment is DENIED.

      It is so ordered.


Dated:    October 27, 2004
         Boston, Massachusetts        /s/ Morris E. Lasker
                                              U.S.D.J.