UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x

HUDSON REALTY CAPITAL, LLC,　　　　　　　　　　:

　　　　　　　　Plaintiff,　　　　　　　　　　　　　　:

　　　　　- v -　　　　　　　　　　　　　　　　　　　:

25 WIGGINS AVENUE LLC and DR. LAXMAN　:
DESAI,　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　Defendants.　　　　　　　　　　　　:

----------------------------------------------------------------x

FILED
IN CLERKS OFFICE

2005 FEB -3 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No.: 1:04-cv-10243 (MEL)

## NOTICE OF CHANGE OF FIRM

The undersigned, counsel for the plaintiff Hudson Realty Capital, LLC, hereby notifies the

Court and certifies that this notice has been given to all parties, that effective February 1, 2005,

counsel's law firm contact information is as follows:

Scott A. Birnbaum
Robert N. Feldman
Melissa M. Longo
Birnbaum & Godkin, LLP
268 Summer Street
Boston, MA 02210
Tel: 617-542-3100
Fax: 617-542-3111

Respectfully Submitted
HUDSON REALTY CAPITAL, LLC,

By Its Attorneys

Scott A. Birnbaum  (BBO # 543834)
Robert N. Feldman (BBO # 630734)
Melissa M. Longo (BBO # 647649)
BIRNBAUM & GODKIN, LLP
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

Dated:  February 1, 2005

I, Melissa M. Longo, hereby certify that I have caused a copy
of the foregoing to be mailed to all attorneys of record this
1st day of February, 2005.

Melissa M. Longo