## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

HUDSON REALTY CAPITAL, LLC,              :

                                   :

                Plaintiff,            :

                                   :    C.A. No.: 1:04-cv-10243 (MEL)

                  - v -                 :

                                   :

25 WIGGINS AVENUE LLC and DR. LAXMAN DESAI,   :

                                   :

                Defendants.         :

                                   :

-----------------------------------------------------------------x

## <u>NOTICE OF CHANGE OF ADDRESS</u>

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please take notice of the change of address and telephone number of the undersigned as follows:

BIRNBAUM & GODKIN, LLP
280 Summer Street, 5th Floor
Boston, MA 02210-1108
Tel: 617-307-6100
Fax: 617-307-6101

                      Respectfully Submitted
                      HUDSON REALTY CAPITAL, LLC

                      By its attorneys,

                      /s/Scott A. Birnbaum
                      Scott A. Birnbaum (BBO # 543834)
                      Melissa M. Longo (BBO# 647649)
                      Birnbaum & Godkin, LLP
                      280 Summer Street, 5th Floor
                      Boston, MA  02210
                      Tel: 617-307-6100
                      Fax: 617-307-6101

Dated:  June 28, 2005

<u>CERTIFICATE OF SERVICE</u>

  I, Scott A. Birnbaum, counsel for the Plaintiff, do hereby certify that on June 28, 2005, I caused to be served a true copy of the foregoing Document by First Class Mail, postage pre-paid upon all counsel of record.

Robert G. Cohen, BBO # 090340
COUNSEL FOR DEFENDANT DESAI
188 Oaks Road
Framingham, MA  01702
Tel: 508-875-0035
Fax: 508-875-0558
e-mail: RGCesq@aol.com

        /s/Scott A. Birnbaum      
         Scott A. Birnbaum