

**BIRNBAUM &
GODKIN, LLP**
ATTORNEYS AT LAW

Scott A. Birnbaum
Direct Dial: (617) 307-6120
birnbaum@birnbaumgodkin.com

August 14, 2006

**By Electronic Case Filing**

Hon. Morris E. Lasker
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Hudson Realty Capital LLC v. 25 Wiggins Ave., LLC, et al*
      Civil Action No. 04-10243-MEL

Dear Judge Lasker:

I am local counsel for the plaintiff in this action. Your Honor has scheduled a status conference in this case for 11:00 a.m. on Tuesday, September 5, 2006, which I will attend in person. I am writing to request that New Jersey-based trial counsel for plaintiff, Cory Gray, be permitted to participate in the status conference telephonically.

Respectfully,

Scott A. Birnbaum

cc:   Robert G. Cohen, Esquire (by ECF)
      Cory Mitchell Gray, Esq. (by email)