UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
| | | |
|---|---|---|
| HUDSON REALTY CAPITAL LLC, | : | Case No. 1: |
| | : | 04-CV-10243 (MEL) |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF CHANGE IN** |
| 25 WIGGINS AVENUE LLC and | : | **ATTORNEY FIRM** |
| DR. LAXMAN DESAI, | : | **AFFILIATION** |
| | : | |
| Defendants. | : | |
| | : | |

---------------------------------------------------------------------x

PLEASE TAKE NOTICE: that, effective November 13, 2006, Cory Mitchell Gray, Esq. and Daniel R. Milstein, Esq., both of whom have been admitted *pro hac vice* as counsel for plaintiff in the above-captioned case, have changed their law firm affiliation from Solomon and Weinberg LLP to Greenberg Traurig, LLP.  Mr. Milstein's contact information remains the same (except that his Email address is now milsteind@gtlaw.com).  Mr. Gray's new address is 200 Park Avenue, Florham Park, New Jersey, 07932.  His telephone number is (973) 360-7900.  His facsimile number is (973) 301-8410.  His Email address is grayc@gtlaw.com.

Dated:  November 27, 2006

HUDSON REALTY CAPITAL, LLC

By its attorneys,

/s/Scott A. Birnbaum
Scott A. Birnbaum (BBO # 543834)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street, 5th Floor
Boston, MA  02210
Tel: 617-307-6100
Fax: 617-307-6101

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on November 29, 2006, by electronic service through the Court's ECF system.

                                        /s/Scott A. Birnbaum
                                        Scott A. Birnbaum