UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
HUDSON REALTY CAPITAL LLC,                :   Case No. 1:
                                          :   04-CV-10243 (MEL)
              Plaintiff,            :
                                          :
   - against -                           :   RENEWED MOTION FOR
                                          :   SUMMARY JUDGMENT
25 WIGGINS AVENUE LLC and                 :   AND REQUEST FOR
DR. LAXMAN DESAI,                         :   HEARING
                                          :
              Defendants.           :
------------------------------------------------------------------x

      Plaintiff Hudson Realty Capital LLC ("Plaintiff" or "Lender"), by its undersigned counsel, pursuant to Fed.R.Civ.P.56, hereby submits its renewed motion for summary judgment. In support of its renewed motion, Lender states that, prior to the close of discovery, this Court denied Lender's original motion for summary judgment on the basis that the Letter Agreement was ambiguous as to "whether the obligations under the Break-Up Fee clause are subject to the six month time frame as recited in that clause, or whether the obligations were annulled by the July 31, 2003 expiration date expressed in the Closing, Time of the Essence Clause."

      Lender further states that discovery has since been completed and the evidence establishes that the Defendants have no evidence to sustain the argument that the parties intended to terminate the Defendants obligations as of July 31, 2003. As described in detail in the Memorandum of Law submitted herewith, where, as here, there is no extrinsic evidence to support a party's interpretation of a contract, any ambiguity should be resolved against him as a matter of law, and summary judgment may be granted based on the resulting interpretation of the contract.

WHEREFORE, for the reasons set forth in Lender's L.R. 56.1 Statement of Undisputed Facts and Memorandum of Law submitted herewith, Plaintiff respectfully requests that the Court hold a hearing on Plaintiff's Renewed Motion for Summary Judgment and that Plaintiff's Renewed Motion for Summary Judgment be granted.

Counsel for Plaintiff,

/s/ Scott A. Birnbaum
Scott A. Birnbaum
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, Massachusetts 02210
(617) 307-6100

Daniel R. Milstein (*pro hac vice*)
GREENBERG TAURIG, LLP
900 Third Avenue, 29th floor
New York, New York 10022
(212) 605-1000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 5, 2006.

/s/ Scott A. Birnbaum

Scott A. Birnbaum