**EXHIBIT 1**

# BLUESTONE REALTY ADVISORS, INC.

June 23, 2003

Mr. Richard Ortiz
Newbridge Realty Advisors, LLC
381 Park Avenue South
New York, NY 10016

Dear Rich:

As we discussed, my company, Bluestone Realty Advisors, Inc., has been retained by Dr. Lexman Desai of the Toxikon Corporation ("Toxikon") to procure financing for their acquisition of 25 Wiggins Avenue in Bedford, MA (the "Property").

The Property is a 45,000 square foot biotech building that they are purchasing for their business. Toxikon plans to occupy 15,000 square feet and lease the balance of the space, which is now occupied by the seller of the building. They are looking for a +/- $5 million bridge loan with a 6 to 12 month term and need to close by July 31, 2003.

Due to the shortened timeline of this transaction, I need a quote, with all applicable terms and conditions, by no later than Monday June 30, 2003. Attached is a comprehensive list of documents and other information necessary to underwrite this transaction. If you need anything else, please call me.

I look forward to working with you on this deal.

Bluestone Realty Advisors, Inc.

Patrick J. Bisceglia
Principal

CC:   Mark A. Iannone
Via:  FedEx



199 MAIN STREET, 9TH FLOOR, WHITE PLAINS, NY 10606
T: 914-328-7733 F: 914-949-7714