**EXHIBIT 2**

# BLUESTONE REALTY ADVISORS, INC.

## FAX TRANSMISSION

TO: Spencer Garfield
Newbridge Realty Advisors, LLC

FROM: Patrick J. Bisceglia
Bluestone Realty Advisors, Inc.

DATE: June 27, 2003

FAX NO: 212-532-7901

RE: 25 Wiggins Avenue
Bedford, MA

PAGES: 34

MESSAGE: Spencer,

Per my discussion with Rich Ortiz, here are the Borrower's personal and corporate financial statements.

-Pat

199 MAIN STREET, 9TH FLOOR - WHITE PLAINS, NY 10606
T: 914-328-7733 - F: 914-949-7714

## Table of Contents

I. Borrower Correspondence
   Letter dated 6/20/03
   E-mails dated 6/20/03
   History of Toxikon from their website

II. Property Information – 25 Wiggins Avenue, Bedford, MA
   Purchase & Sale Agreement dated March 13, 2003
   Letter from Choate, Hall & Stewart (Law Firm) April 30, 2003
   Title Commitment dated April 14, 2003
   Opinion of Value – GVA Thompson…(Broker) dated June 13, 2003
   Phase I Environmental Report – Corey Management Co. dated April 2003
   Broker Leasing Flier – GVA Thompson
   Lease with Metrissa Corp.
   Floor Plans

III. Market Information
   Lease Comps – provided by GVA Thompson
   National Real Estate Investor article – June 1, 2003
   Mass Biotech 2010 – 2001 Report (select pages)
   Costar Run – Bedford, MA 6/23/2003

IV. Additional Collateral
   15 Wiggins Ave., Bedford, MA – Appraisal, CB Richard Ellis dated March 1, 2001
   106 Coastal Way, Jupiter, FL – Letter of Intent with BVT dated May 23, 2003
   675 Indiantown Road, Jupiter, FL – Opinion Letter, Marcus & Milichap April 9, 2003
   17270 Rocky Pines, Jupitar, FL – MLS & flier, Keyes dated April 30, 2003

V. Credit Report
   Letter from Robert Cohen, Esq. Dated May 2003
   FICO score dated April 11, 2003
   Detailed credit report dated April 11, 2003

# HUDSON REALTY CAPITAL, LLC

381 Park Avenue South-Suite 428  
New York, New York 10016  
Tel: (212) 532-3553  Fax: (212) 532-7901

2 University Plaza-Suite 206  
Hackensack, New Jersey 07601  
Tel: (201) 343-3222  Fax: (201) 343-1523

## *DUE-DILIGENCE CHECKLIST*

_____ Resume for Principal of Borrower

_____ 2001 & 2002 Tax Returns for Principal of Borrower

_____ Description of Business Plan and Timeline (as it relates to the subject property)

_____ Projected Income & Expense Statement for the Property

_____ Income and Expense Statements and Rent Rolls for Additional Collateral (as applicable)

_____ Historical Operating Statements (prior 2 years and current YTD)

_____ Copies of all Leases (leases for Opta Foods and Toxikon)

_____ Broker Opinion of Value for Additional Collateral

_____ GVA Market Study

_____ Status Reports for all Prospective Tenants for Vacant Space

_____ Full Copy of Phase I Environmental Assessment Report

_____ Copy of Title Reports for All Properties

**Special Requirements**

# 25 Wiggins Avenue-Bedford, MA
Due-diligence Inventory

Executed term sheet ✓
Toxikon historical and proforma Balance Sheets and Income/Expense ✓
Subject property site plans and floor plans ✓
Principal PFS ✓
Description of additional collateral
Toxikon descriptive information ✓
P&S agreement + amendments ✓
GVA opinion of value with comps
Phase I dated April 2003 (we do not have complete report) ✓
Lease comps
CB Richard Ellis estimate of value for 15 Wiggins
Current loan statement (Midland) for 15 Wiggins ✓
Operating cost breakdown for 15 Wiggins ✓
P&S agreement for Indiantown Road in Jupiter, FL for $2,000,000
Marcus and Milichap estimate of value for Indiantown Road in Jupiter, FL ✓
Description of Principal's credit issues ✓
Principal's credit report ✓

Toxicon First tlvrd 75 upp a form.

12/ 2001 + 2000