**EXHIBIT 8**

**HUDSON REALTY CAPITAL LLC**
Two University Plaza
Hackensack, New Jersey 07601

August 27, 2003

**VIA FACSIMILE AND**
**FEDERAL EXPRESS**
25 Wiggins Avenue LLC
Dr. Laxman Desai
15 Wiggins Avenue
Bedford, Massachusetts 01730

    Re:    $5,000,000.00 Mortgage Loan (the "**Loan**") by Hudson Realty Capital LLC, or its designated affiliate ("**Lender**") regarding 25 Wiggins Avenue, Bedford, Massachusetts

Gentlemen:

    Reference is made to that certain letter of interest, dated as of July 1, 2003 (the "**Letter**") from Lender to (and accepted by) 25 Wiggins Avenue LLC and Laxman Desai (collectively, the "**Obligor**"). All capitalized terms not herein defined shall have the respective meanings ascribed thereto in the Letter.

    Lender hereby confirms that Lender is ready, willing and able to fund the Loan (subject to Borrower's satisfaction of all conditions precedent to such funding imposed by Lender under the Letter). Obligor has informed Lender that it does not intend to perform its obligations pursuant to the Letter and is proceeding to accomplish its financial objectives through means other than Lender's proposed financing. Accordingly, pursuant to the Letter, Lender demands, and Obligor is immediately directed to pay, to Lender, the sum of (a) $100,000.00, representing the (2%) Break-up Fee and (b) $15,500.00, representing the balance of Lender's attorneys fees incurred but not yet paid by Obligor. Lender hereby reserves all remedies available to it in the event Obligor fails to pay the same immediately and notifies Obligor that it shall take all actions available to Lender to recover such amounts, at law or in equity.

                                            Very truly yours,

                                            Hudson Realty Capital LLC

                                            By: *Sanford S. H* [signature]
                                                Sanford S. Herrick
                                                Managing Director

cc:    Patrick Bisciglia
        Richard Ortiz
        Spencer Garfield

153122.1 08/27/03 03:21 PM