*filed 1/4/06*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON REALTY CAPITAL LLC<br>Plaintiff<br><br>v.<br><br>LAXMAN S. DESAI<br>Defendant | CA NO. 1:04-CV-10243 |

### DEFENDANT'S MOTION TO ENLARGE TIME TO FILE AND SERVE RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant moves the court for an order enlarging time for him to respond to Plaintiff's Renewed Motion For Summary Judgment to December 29, 2006.

As grounds for allowance, defendant's counsel has been engaged in trial and other court appearances which has made it impossible to complete defendant's response and file it today, December 19, 2006.

Plaintiff's counsel has agreed to the allowance of this motion.

Defendant
Laxman S. Desai
By his attorney

_____
Robert G. Cohen, Esq. BBO#090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

December 19, 2006