1/4/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON REALTY CAPITAL LLC<br>Plaintiff<br><br>v.<br><br>LAXMAN S. DESAI<br>Defendant | CA NO. 1:04-CV-10243 |

### MOTION TO CONTINUE TRIAL DATE

Defendant moves the court for an order continuing the trial date from January 22-23, 2007 for not less than sixty (60) days to a date convenient for the court.

As grounds, defendant has been served with Plaintiff's Renewed Motion For Summary Judgment, to which defendant will respond by December 29, 2006, as the parties have agreed. This requested continuance will enable the court to hear and decide plaintiff's renewed summary judgment motion.

Plaintiff's counsel has agreed to the allowance of this motion.

Defendant
Laxman S. Desai
By his attorney

Robert G. Cohen, Esq. BBO#090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

December 19, 2006