# **E N D O R S E M E N T**

HUDSON REALTY CAPITAL, LLC v. 25 WIGGINS AVE, LLC, and DR. LAXMAN DESAI
04-CV-10243-MEL

---

LASKER, D.J.

     Hudson Realty Capital, LLC ("Hudson") renews its motion for summary judgment on its breach of contract action against 25 Wiggins Ave, LLC and Dr. Laxman Desai ("Desai"), in connection with a proposed mortgage loan. Hudson seeks payment of a Break-Up Fee in the amount of $100,000 and attorneys' fees pursuant to a letter agreement dated July 1, 2003, ("Letter Agreement") which imposed a six-month time frame. Desai claims that his obligations with regard to the Letter Agreement ended as of July 31, 2003, the expiration date expressed in the Closing, Time of the Essence clause.

     Hudson's first motion for summary judgment was denied on October 27, 2004, on the grounds that the Letter Agreement contains an ambiguity which gives rise to an issue of material fact. Hudson's renewed motion argues that a contractual ambiguity does not bar summary judgment because summary judgment is appropriate when the opposing party does not support its interpretation of the agreement with extrinsic evidence or when the evidence is outweighed by the moving party's evidence. See Nadherny v. Roseland Property Company, Inc., 390 F.3d 44, 49 (1st Cir. 2004)("Even when extrinsic evidence is considered, a judge may conclude that the evidence is 'so one-sided that no reasonable person could decide the contrary.'"). Desai contends that the evidence presented is sufficient to support his interpretation.

     Given the evidence presented, it still cannot be held as a matter of law that Hudson is entitled to the Break-Up Fee and related expenses.

     Accordingly, Plaintiff's renewed motion for summary judgment is DENIED.

     It is so ordered.


Dated:   February 26, 2007
        Boston, Massachusetts     /s/ Morris E. Lasker
                                             U.S.D.J.