IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
HUDSON REALTY CAPITAL LLC,   :   Case No.: 04-CV-10243 (MEL)
                             :
           Plaintiff,        :
                             :   **PLAINTIFF'S PROPOSED**
     - against -             :   **PRE-TRIAL ORDER**
                             :
25 WIGGINS AVENUE LLC and    :
DR. LAXMAN DESAI,            :
                             :
           Defendants.       :
---------------------------------------------------------------------x

A pretrial conference having been held before the Honorable Morris J. Lasker, U.S.D.J. and Cory Mitchell Gray, Esq., having appeared for Plaintiff and Robert Cohen, Esq. having appeared for Defendant, this Final Pretrial Order is hereby entered:

1.   **JURISDICTION** (Set forth specifically): Jurisdiction is proper in the United States District Court pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship between Plaintiff and Defendants.

2.   **PENDING/CONTEMPLATED MOTIONS**  Defendant Desai reserves the right to move for a directed verdict at the close of Plaintiff's case and at the close of the evidence, if appropriate.  Plaintiff reserves the right to move in limine to preclude certain of Defendants' proposed trial witness on the grounds, inter alia., that their testimony on the intent of the conditional commitment letter is irrelevant and incompetent.

3.   **STIPULATION OF FACTS** It is anticipated that a stipulation of material facts will be submitted at the time of trial.

4.   **FACT WITNESSES**

   **A.   Plaintiff:**  Sanford Herrick, Spencer Garfield, David Loo, Perry Freitas, Dr. Laxman Desai, Michael Arman, Rich Ortiz and Karim Demardaj.

    **B.**    **Defendant:**  Dr. Laxman S. Desai, Dexter Williams, Nancy DiGiulio, and Mark Azia.  Defendant Desai reserves the right to amend this list.

5.    **EXPERT WITNESSES** None.

6.    **DEPOSITION:** Deposition transcript citations shall be submitted at the time of trial.

7.    **EXHIBITS**

A.    <u>Stipulated Exhibits</u>:  To be supplied at the time of trial.

B.    <u>Plaintiff's Non-Stipulated Exhibits</u>:

1. June 23, 2003 Letter from Bluestone Realty Advisors, Inc. ("BRA") to Newbridge Realty Advisors, LLC ("NRA").

2. Fax from BRA to NRA dated June 27, 2003.

3. July 1, 2003 Conditional Commitment Letter.

4. Excerpts from the Depositions of Dr. Laxman Desai, Peter Frangoss, and Leonard Anctil.

5. Agreement of Purchase and Sale dated March 13, 2003 between Opta Food Ingredients, Inc. and Laxman S. Desai, and amendments thereto.

6. Lease dated September 22, 2003 between Opta Food Ingredients, Inc. and Toxikon Corporation.

7. Option Agreement dated September 22, 2003 between Opta Food Ingredients, Inc. and Laxman S. Desai, and amendments thereto.

8. Letter from Hudson Realty Capital, LLC to 25 Wiggins Avenue and Dr. Laxman Desai dated August 27, 2003.

9. Defendant's Answers to Interrogatories dated January 27, 2004.

10. Letter from Commerce Bank & Trust Company dated December 10, 2003 to Laxman Desai, CEO of Toxikon Corporation.

11. Draft Loan Documents prepared by counsel for Hudson.

12. Answer of Dr. Desai to Plaintiff's Complaint.

13. Copies of legal bills from Hudson's counsel together with proofs of payment thereof.

C. <u>Defendant's Non-Stipulated Exhibits</u>:

1. Letter dated July 1, 2003 from Hudson Realty Capital to Laxman Desai.

2. Letter dated August 27, 2003 from Hudson Realty Capital to Laxman Desai.

3. Purchase and Sales Agreement dated March 14, 2003.

4. Nationsbanc Mortgage Loan Agreement, Page 25.

5. Mortgage Document from Jupiter Professional Building to First Union National Bank, Pages 17-20.

6. Lease dated September 22, 2003 between Opta Foods and Toxikon.

7. Option Agreement dated September 22, 2003 between Opta Foods and Toxikon.

8. First Amendment to Option Agreement.

9. Second Amendment to Option Agreement.

10. Letter from Commerce Bank dated December 10, 2003 to Laxman Desai.

11. Letter from Bluestone Realty Advisors dated June 23, 2003.

12. Toxikon General Plan and Summary/25 Wiggins Avenue Timelines with Transmittal Letter dated July 11, 2003 from Toxikon to Hudson.

13. Proposed Loan Documents re: Hudson Realty Capital/25 Wiggins Avenue.

14. Hudson Realty Capital Answers to Desai Interrogatories.

15. Email from Joe Iskaros to Nancy DiGiulio dated August 5, 2003.

16. Email from Nancy DiGiulio to PJ Bisceglia dated July 25, 2003.

17. Email from Nancy DiGiulio to PJ Bisceglia dated July 24, 2003.

18. Email from Michael McGuire dated July 18, 2003 Proposed Loan Docs.

226175668.1

8.     **SINGLE LIST OF LEGAL ISSUES**  The legal issues to be determined are (a) whether a "break up" fee provision contained in a certain conditional commitment letter executed by Plaintiff and Defendant Desai, which provided for a six-month period during which Defendant 25 Wiggins Avenue was prohibited from transferring its interest in certain property and/or from obtaining a mortgage loan from a lender other than Plaintiff, survived the stated termination date of the conditional commitment letter which preceded the expiration of the six month period and (b) in the event the "break up" fee provision is held to have survived the general termination date, whether Defendant 25 Wiggins Avenue violated the conditional commitment letter.

9.     **TRIAL COUNSEL:**

**Plaintiff:**  Cory Mitchell Gray, Esq.

**Defendant:** Robert Cohen, Esq.

10. **ESTIMATED LENGTH OF TRIAL** 1 day

11. **TRIAL DATE:**  March 26, 2007

So ordered:

_____
Morris J. Lasker, U.S.D.J.

Respectfully submitted,
HUDSON REALTY CAPITAL, LLC

By its attorneys,


/s/ Corey Mitchell Gray
Corey Mitchell Gray (*pro hac vice*)
GREENBERG TRAURIG, LLP
900 Third Avenue, 29th Floor
New York, New York 10022
(212) 605-1000

Scott A. Birnbaum (BBO # 543834)
Melissa M. Longo (BBO# 647649)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 22, 2007.


/s/ Melissa M. Longo
Melissa M. Longo