# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

HUDSON REALTY CAPITAL, LLC
        Plaintiff

V.

25 WIGGINS AVE, LLC, et al
        Defendant

CIVIL ACTION

NO. 04-10243-MEL

## SETTLEMENT ORDER OF DISMISSAL

**LASKER, S.D.J.**

The Court having been advised on March 23, 2007 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

March 26, 2007           /s/ George H. Howarth
    Date                                 Deputy Clerk